ORIGINAL

# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 NOV 19 PM 3:02

CLERK _____
SO. DIST. OF GA.

AGSouth Genetics, LLC, et al

_____
Plaintiff

v.

Farmers Best Fertilizer, Inc., et al

_____
Defendant

Case No. _____CV314-124_____

Appearing on behalf of
_____Plaintiffs_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, Petitioner's request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is GRANTED.

This __19th__ day of __Nov__, __2014__.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Cecil Duff Nolan |
| Business Address: | Nolan Law Group, PLLC |
| | Firm/Business Name |
| | 411 S. Main Street |
| | Street Address |
| | Stuttgart     AR     72160 |
| Street Address (con't) | City     State     Zip |
| | P.O. Box 68 |
| | Mailing Address (if other than street address) |
| | Stuttgart, AR  72160 |
| Address Line 2 | City     State     Zip |
| | 870-673-3200 |
| | Telephone Number (w/ area code)     Georgia Bar Number |
| Email Address: | dn@nolanlawgrouppllc.com |