IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| AGSOUTH GENETICS, LLC, et al., * | |
| * | |
| Plaintiffs, * | |
| * | |
| vs. * | |
| * | CIVIL ACTION NO. |
| FARMERS BEST FERTILIZER, INC., * | CV 314-124 |
| DANIEL R. COOK FARMS, and * | |
| DANIEL R. COOK, individually, * | |
| * | |
| Defendants. * | |

# O R D E R

On January 11, 2017, Defendants in the captioned matter, through counsel, submitted a "Consent Injunction" to be entered by this Court. The Consent Injunction, dated December 16, 2016, is agreed to and accepted by Defendants as evidenced by the signature of Defendant Daniel R. Cook. (See Doc. No. 37.)

Upon consideration, the Consent Injunction is hereby entered. The Clerk shall **ENTER** the signed Consent Injunction on the record of this case, **TERMINATE** any pending motions and deadlines, **CLOSE** the case, and **ENTER JUDGMENT** in favor of Plaintiffs.

**ORDER ENTERED** at Augusta, Georgia, this 27th day of January, 2017.

UNITED STATES DISTRICT JUDGE